UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REIKO R SMITH,<br><br>          Plaintiff,<br><br>     v.<br><br>SGT. KOBOSHIGOWA, et al.<br><br>          Defendants. | Case No. C14-1929 MJP<br><br>**ORDER DENYING MOTION TO DISMISS AND GRANTING LEAVE TO AMEND** |

The Court, having reviewed Plaintiff's 42 U.S.C. § 1983 complaint, Defendants' motion to dismiss, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and **Orders** as follows:

1. The Report and Recommendation is **ADOPTED**;

2. Defendants' Motion to Dismiss (Dkt. 14) is **DENIED**;

3. Plaintiff shall file an amended complaint stating additional facts relating to his Eighth Amendment medical claim within **twenty (20) days** of the date of this Order.

4. The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

DATED this 4th day of May, 2015.

Marsha J. Pechman
United States District Judge

ORDER DENYING MOTION TO DISMISS AND GRANTING LEAVE
TO AMEND - 1